IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-MJ-629-CWH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF VENUE PURSUANT TO** |
| | ) | **FRCrP 58(c)(2)(A)&(B)** |
| GERARDO MEJIA, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Gerardo Mejia, by and through his attorney, Kelly M. Steenbock, after being duly sworn do hereby depose and say as follows:

1. On March 12, 2018, I was arrested in the District of Nebraska, where I currently live and work.

2. After being duly informed that I have a constitutional right to a trial by judge or jury in the above matter in the District of Nevada, and with that knowledge, I intend to plead guilty to the complaint filed in this case.

3. I hereby expressly waive my right to venue in the District of Nevada and consent to the disposition of this case by guilty plea in the District of Nebraska.

This 27rd day of April, 2018,

_____
Affiant

Notary Public
_____
Sworn to and subscribed before me
this 27rd day of April, 2018.

General Notary - State of Nebraska
THERESA M SMITH
My Comm. Exp. Aug. 15, 2021

IT IS SO ORDERED.

DATED: May 2, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE